# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | |
|---|---|
| JEFFERY BYRD a/k/a DWAYNE SIMPSON, | * * * |
| Plaintiff, | * CIVIL ACTION NO.: 5:21-cv-43 |
| v. | * * |
| COFFEE COUNTY BOARD OF COMMISSIONERS, et al., | * * * |
| Defendants. | * |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 5. No party to this action filed Objections to this Report and Recommendation.

Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **DISMISSES** Plaintiff's: claims against Coffee County Board of Commissioners; access to courts claim against Defendant Shaw; conditions of confinement claims; state law claims; and monetary damages claims against Defendants in their official capacities. Id. Plaintiff's Fourteenth Amendment claims against Defendants Metts and White, deliberate indifference claim against Defendant

Doe, and policy or custom claims against Defendants Wooten, Cole, and Phillips remain pending. Id.; Dkt. No. 6.

SO ORDERED, this __30__ day of __November__, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)

2