# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| JEFFREY BYRD a/k/a DWAYNE SIMPSON, | * * * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:21-cv-43 |
| v. | * * * | |
| DOYLE WOOTEN, et al., | * * | |
| Defendants. | * | |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation.  Dkt. No. 22.  Plaintiff did not file Objections to this Report and Recommendation.  Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **DISMISSES without prejudice** Plaintiff's claims against Defendant John Doe for failure to follow a Court Order and failure to prosecute.  The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal for Defendant Doe and **DENIES** Plaintiff *in forma pauperis* status on appeal.

Plaintiff's claims against all other Defendants remain pending.

**SO ORDERED**, this ___13___ day of ___April___, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)