AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JEFFREY BYRD a/k/a DWAYNE SIMPSON,

    Plaintiff,

v.

DOYLE WOOTEN, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 5:21-cv-43

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order dated April 13, 2022, the Magistrate Judge's Report and Recommendation is hereby adopted as the opinion of the Court. Therefore, Plaintiff's claims against Defendant John Doe are dismissed without prejudice, and Plaintiff is denied in forma pauperis status on appeal.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: April 14, 2022

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020